**DISMISS; and Opinion Filed April 12, 2016.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01553-CR

### THE STATE OF TEXAS, Appellant

### V.

### DAVID MICHAEL SHINSKIE, Appellee

**On Appeal from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. M14-57777-E**

## MEMORANDUM OPINION
Before Lang-Miers, Evans, and Brown

The State has filed a motion to dismiss the appeal. The motion is signed by counsel for the State. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

151553F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-15-01553-CR     V.

DAVID MICHAEL SHINSKIE, Appellee

On Appeal from the County Criminal Court
No. 4, Dallas County, Texas
Trial Court Cause No. M14-57777-E.
Opinion delivered per curiam before Justices
Lang-Miers, Evans, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 12th day of April, 2016.